As opposed to reading out the emails Knott's has posted, the best way to do that has to be on your phone. Ready? Oh. Experiment with them at home, and if not, put your phone off in the denominator. And if not, read an email without answering it. hohodiding.com, OK? Now, that's just the thought of Frankenstein, and now idea number four. Spread that information, see if there's a little Sci-Fi room around the kids' clovers at least. And maybe kids play around with it or something, to their primary self. OK. Here it comes.  Oh. I can't read those. I've got to run over the pairs. There is something. I've got to run into something. OK. Oh. Für Gott! No. Ein. Ja. AU. ja, ja, ja. What's that? What's that?       Ah-ah-ah!   Oh! That's a-a good one. There you go. This is where it should take you.  Always great. Ja-jab-jab-jab-jab. Oh. Ja-yw-waj! Donald! Ja-waj. That was very fast. Try going up to low. OK. Uh-oh. Don't go too far in.  He's comin' in. He's comin' in. He's comin' in. Uh-oh.   Uh-oh! Uh-oh! Eh-bye, Donald. No, no, no. Not even a chance. What? Your reaction? Why? Uh-oh. My woman, Doreen. My wife, Doreen. Admit it centris. I can't admit it. Not even one? No. What a freak. In the midstream. What's that? Does anybody eat that? Is nobody eating that? Is nobody eating that! Do you know? Yes, I know. Speed. Speed? Speed. No. Car.  No.   No. No. Speed. No. No. No. No. No. No. Yes. Speed. Speed. Hum. No. No. No. No. Speed. No. Speed. No. Speed. No. Companion car, speed. Speed.